October 25, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

A.P. KELLER, INC., ALBERT P. KELLER, KATHLEEN KELLER, BRIAN KELLER, INDIVIDUALLY AND AS NEXT FRIEND OF CARSON KELLER AND DYLAN KELLER, LESLEY KELLER, ALBERT L. KELLER, INDIVIDUALLY AND AS NEXT FRIEND OF LONDON SARA KELLER, BERKELEY EVA KELLER, AND ALBERT SANDERS KELLER, AND LAURA ANN KELLER, Appellants

NO. 14-10-00917-CV               V.

CONTINENTAL AIRLINES, INC. AND AIRSERV CORPORATION, Appellees

_____

This cause, an appeal from the judgment, signed September 16, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, A.P. Keller, Inc., Albert P. Keller, Kathleen Keller, Brian Keller, Individually and As Next Friend of Carson Keller and Dylan Keller, Lesley Keller, Albert L. Keller, Individually and As Next Friend of London Sara Keller, Berkeley Eva Keller, and Albert Sanders Keller, and Laura Ann Keller, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.